## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dennis O'Connor,              :
          Appellant     :
                       :
      v.               :     No. 420 C.D. 2018
                       :
Commonwealth of Pennsylvania,  :
Department of Transportation,    :
Bureau of Driver Licensing      :

## **O R D E R**

NOW, January 28, 2019, having considered appellant's application for reargument, the application is denied.

 

 

                                        _____

                                        MARY HANNAH LEAVITT,
                                        President Judge